VILLAGE OF SHOREWOOD, Respondent, vs. CITY OF MILWAUKEE and another, Appellants.

*April 4—May 1, 1923.*

See *West Allis v. Milwaukee, ante,* p. 512.

APPEAL from an order of the circuit court for Milwaukee county: LAWRENCE W. HALSEY, Circuit Judge. *Affirmed.*

For the appellants there was a brief by *John M. Niven,* city at-

torney, and *Walter. J. Mattison,* assistant city attorney, and oral argument by *Mr. Mattison.*

*Charles E. Hammersley* of Milwaukee, village attorney, for the respondent.

ROSENBERRY, J.    The appeal in this case presents a situation substantially similar to that in *City of West Allis v. City of Milwaukee, ante,* p. 512, 193 N. W. 362, decided herewith, and for the reasons there stated the order appealed from will be affirmed.

*By the Court.*—The order appealed from is affirmed, and the cause remanded for further proceedings according to law.